LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,                                )   No. CIV.S- 05-1239 LKK (DAD)
                                              )
          Plaintiff,                          )   **REQUEST FOR DISMISSAL**
                                              )
     vs.                                      )   **AND ORDER THEREON**
                                              )
HARIA AND GOGRI CORP. dba JACK-               )
IN-THE-BOX #551; PAULINE K. ABBE              )
Trustee of the KIRKPATRICK FAMILY             )
TRUST.                                        )
          Defendants.                         )
                                              )
                                              )
                                              )
                                              )

Request for Dismissal and Order Thereon                    Wilson v. Jack-in-the-Box
                                                    Case No. CIV.S- 05-1239 LKK (DAD)

TO THE COURT AND ALL PARTIES:

Plaintiff, RONALD WILSON, requests the Court dismiss the above entitled action, without prejudice, **as to PAULINE K. ABBE Trustee of the KIRKPATRICK FAMILY TRUST only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant PAULINE K. ABBE Trustee of the KIRKPATRICK FAMILY TRUST.

Dated: August 8, 2005              LAW OFFICES OF LYNN HUBBARD

 /s/ Lynn Hubbard, Esquire            /
LYNN HUBBARD, III
Attorney for Plaintiff

IT IS SO ORDERED

Dated:  August 9, 2005.          /s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge

Request for Dismissal and Order Thereon                    Wilson v. Jack-in-the-Box
Case No. CIV.S- 05-1239 LKK (DAD)