UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

           NO. CIV.S-05-1239 LKK/DAD

    Plaintiff,

  v.

HARIA and GOGRI CORP. dba JACK-IN-THE-BOX #551; OPT GOLDEN HILLS VAC, LLC,

    Defendants.
_____/

    On October 9, 2006 a telephonic conference was held with both parties. At that conference, the court ORDERED as follows:

1. The discovery deadline is CONTINUED to February 20, 2007. Experts shall be disclosed thirty (30) days prior.
2. The Law and Motion cut off date is CONTINUED to April 20, 2007.
3. The pretrial conference is hereby SET for July 30, 2007 at 2 p.m.
4. Trial is SET for October 30, 2007. Trial is expected to last two days and will be a non-jury trial.

1

1     5.  All previously set dates are VACATED.

2     IT IS SO ORDERED.

3     DATED:  October 11, 2006.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2