UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

                                NO. CIV.S-05-1239 LKK/DAD

      Plaintiff,

  v.

HARIA and GOGRI CORP. dba
JACK-IN-THE-BOX #551; OPT
GOLDEN HILLS VAC, LLC,

      Defendants.
_____/

    A hearing on plaintiff's motion for summary judgment was scheduled for December 1, 2006 at 10:00 a.m. Local Rule 78-230(c) for the Eastern District of California specifies that an opposition or statement of non-opposition to the granting of the motion shall be in writing and shall be served and filed not less than fourteen (14) days prior to the hearing.  Defendants, Haria & Gogri Corp., (doing business as Jack in the Box # 551), have failed to file an opposition or statement of non-opposition.

    Accordingly, the court ORDERS as follows:

    1.  Defendants Haria & Gogri Corp. are hereby ORDERED TO SHOW

1

CAUSE in writing not later than ten (10) days from the effective date of this order why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150) as required by Local Rule 11-110 for failure to file a timely opposition or statement of non-opposition.

2.   The hearing on the motion for summary judgment presently before the court is CONTINUED to December 11, 2006, where it will be called on the court's regularly scheduled Law and Motion Calendar, beginning at 10:00 a.m.

3.   Defendants Haria & Gogri Corp. are directed to file and serve the opposition or statement of non-opposition no later than 5:00 p.m. on November 27th, 2006.

IT IS SO ORDERED.

DATED:  November 20, 2006.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE
For LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT JUDGE