UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

                               NO. CIV.S-05-1239 LKK/DAD

     Plaintiff,

  v.

HARIA and GOGRI CORP. dba                   O R D E R
JACK-IN-THE-BOX #551; OPT
GOLDEN HILLS VAC, LLC,

     Defendants.
_____/

    On November 20, 2006, the court ordered counsel for defendant to show cause why sanctions should not be imposed for his failure to file an opposition or statement of non-opposition to the motion for summary judgment, originally scheduled for December 1, 2006. Counsel responded to the order to show cause on November 29, 2006. He stated that, unbeknownst to him at the time, his email system automatically deleted all emails that were five days old or older, and he did not check his email within the five days after the motion was electronically filed. This is not good cause.

    Accordingly, the court hereby ORDERS that counsel for

1

1  defendant is SANCTIONED in the amount of one hundred and fifty
2  ($150.00) dollars.  This sum shall be paid to the Clerk of the
3  Court no later than thirty (30) days from the date of this order.
4  Counsel shall file an affidavit accompanying the payment of this
5  sanction which states that it is paid personally by counsel, out
6  of personal funds, and is not and will not be billed, directly or
7  indirectly, to the client or in any way made the responsibility of
8  the client as attorneys' fees or costs.
9       IT IS SO ORDERED.
10      DATED:  December 1, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2