MOHAJERIAN LAW CORP
AL MOHAJERIAN, CSBN 182013
MICHAEL MURPHY, CSBN 224678
A Professional Law Corporation
1925 Century Park East, Suite 500
Los Angeles, California 90067
Tel: (310) 556-3800/Fax: (310) 556-3817

Attorney for Defendants Mahesh and Shilpa Gogri

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON | Case No.:  CIV.S-05-1239-LKK-DAD |
| Plaintiff, | **Substitution of Counsel** |
| vs. | |
| HARIA AND GOGRI CORP. dba JACK-IN-THE-BOX #551; OPT GOLDEN HILLS VAC, LLC, | |
| Defendants. | |

Defendant Haria and Gogri Corp. hereby designates the following attorney from Mohajerian Law Corporation as counsel for service in this action:

Name:  Michael Murphy

--------------1---------------
**SUBSTITUTION OF COUNSEL**

1      The following attorney is no longer counsel of record in this action:

2

3

4                              Name: Peter Bronstein

5

6    Date: December 6, 2006

7                                              _____//S //_____
                                               MAHESHKUMAR GOGRI
8                                              CHIEF EXECUTIVE OFFICER OF
                                               HARIA & GOGRI CORP.

9    Date: December 7, 2006

10                                             _____//S//_____
                                               MICHAEL MURPHY,
11                                             MOHAJERIAN LAW CORP
                                               Attorney's for Defendants.

12

13   Date: December 7, 2006
                                               _____//S//_____
14                                             PETER BRONSTEIN,
                                               LAW OFFICES OF PETER
15                                             BRONSTEIN
                                               Attorney's for Defendants.

16

17   IT IS SO ORDERED.

18

19

20   Date: December  8,  2006

21

22

23

24                                             LAWRENCE K. KARLTON
                                               SENIOR JUDGE
25                                             UNITED STATES DISTRICT COURT

26

27

28

                              --------------2---------------
                                 **SUBSTITUTION OF COUNSEL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

PDF created with pdfFactory trial version www.pdffactory.com