UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

                            NO. CIV.S-05-1239 LKK/DAD

    Plaintiff,

  v.

                            O R D E R

HARIA and GOGRI CORP. dba
JACK-IN-THE-BOX #551; OPT
GOLDEN HILLS VAC, LLC,

    Defendants.
_____/

    Pending before the court is plaintiff's motion for summary judgment. A critical issue to the resolution of that motion is whether the Unruh Civil Rights Act ("Unruh Act"), Cal. Civ. Code §§ 51, 52, authorizes damages for unintentional violations of the ADA. In <u>Gunther v. Lin</u>, 144 Cal. App. 4th 223 (4th Dist. October 26, 2006), the California Court of Appeals recently held that the Unruh Act does not authorize damages in such a situation.

    A petition for review was filed in <u>Gunther</u> on November 30, 2006. Pursuant to Rule 28.2(b) of the California Rules of Court, the California Supreme Court has 60 days in which to decide whether

1

to grant or deny the petition, and it may extend this time period by no more than an additional 30 days. If the California Supreme Court grants review in <u>Gunther</u>, it would render premature any ruling by this court on the pending motion.

Accordingly, the motion is hereby STAYED pending the California Supreme Court's determination of whether to grant review in <u>Gunther</u>. The parties are ordered to inform the court within ten (10) days of that determination.

IT IS SO ORDERED.

DATED: December 12, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2