UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

                              NO. CIV.S-05-1239 LKK/DAD

    Plaintiff,

  v.

                              O R D E R

HARIA and GOGRI CORP. dba
JACK-IN-THE-BOX #551; OPT
GOLDEN HILLS VAC, LLC,

    Defendants.
_____/

    Good cause shown, the court hereby orders as follows:

    1.    The discovery deadline, and all related dates set forth in the scheduling order, shall be continued forty-five (45) days: discovery cut-off shall be April 6, 2007.

    2.    The last day to hear discovery motions, and all related dates as set forth in the scheduling order, shall be continued forty-five (45) days: the last day to hear discovery motions shall be February 4, 2007.

    3.    The law and motion cut-off date shall be continued forty-five (45) days: the law and motion cut-off shall

1

1   be June 4, 2007.
2   4.  The final pretrial conference shall be continued to
3       September 10, 2007 at 1:30 p.m.
4   5.  The trial shall be continued to December 11, 2007 at
5       10:30 a.m.
6   IT IS SO ORDERED.
7   DATED:  February 5, 2007.

```
                        /s/ Lawrence K. Karlton
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2