UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

        NO. CIV.S-05-1239 LKK/DAD

    Plaintiff,

  v.

        O R D E R

HARIA and GOGRI CORP. dba
JACK-IN-THE-BOX #551; OPT
GOLDEN HILLS VAC, LLC,

    Defendants.
_____/

    Pending before the court is plaintiff's motion for attorneys' fees. Having determined that oral argument is not necessary for the resolution of the motion, the matter is submitted on the papers. Accordingly, the court orders as follows:

    1.    The hearing set for June 18, 2007 on plaintiff's motion for attorneys' fees is hereby VACATED. The matter stands submitted on the papers.

    IT IS SO ORDERED.

    DATED: June 12, 2007.

                      /s/ Lawrence K. Karlton
                      LAWRENCE K. KARLTON
                      SENIOR JUDGE
                      UNITED STATES DISTRICT COURT