UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,                           NO. 2:05-cv-01239-LKK-DAD

    Plaintiff,

  vs.

HARIA AND GOGRI CORP, dba                O R D E R
JACK-IN-THE-BOX #551; OPT
GOLDEN HILLS VAC, LLC,

    Defendants.
_____/

    On June 20, 2005, plaintiff RONALD WILSON filed this action against defendants HARIA AND GOGRI CORP., dba JACK-IN-THE-BOX #551, and OPT GOLDEN HILLS VAC, LLC. On August 8, 2005, defendant HARIA AND GOGRI CORP. dba JACK-IN-THE-BOX #551 filed its answer. On September 6, 2005, defendant OPT GOLDEN HILLS VAC, LLC filed its answer. On March 22, 2007 the court granted plaintiff's motion for summary judgment against defendant HARIA AND GOGRI CORP., dba JACK-IN-THE-BOX #551, only, and ordered the case closed.

    On November 26, 2007 plaintiffs and defendants filed a joint motion to dismiss defendant OPT GOLDEN HILLS VAC, LLC, with prejudice, pursuant to Federal RuleS of Civil Procedure Rule

1

1  41(a)(1).  The Court therefore GRANTS the joint motion.  Defendant
2  OPT GOLDEN HILLS VAC, LLC is hereby dismissed, with prejudice.
3       IT IS SO ORDERED.
4       DATED:  November 28, 2007.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2